THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>NW CLASSIC BUILDERS LLC, a Washington limited liability company; ARH & ASSOCIATES INC., a Washington corporation; AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, a foreign company; AMERICAN FIRE AND CASUALTY COMPANY, a foreign company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a foreign company,<br><br>Defendants. | No. 2:22-cv-01454-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE** |

Upon consideration of the Stipulated Motion to Consolidate, and good cause appearing, it is hereby ORDERED:

1) That case No. 2:22-cv-01460-RSM is hereby consolidated with case No. 2:22-cv-01454-RSM.

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE – Page 1
(Case No. 2:22-cv-01454-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2) That the parties shall use the caption from case No. 2:22-cv-01454-RSM in all further proceedings, and shall file all filings in that.

DATED this 22nd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Laurel A.S. Brown, WSBA No. 59015
1015 Second Avenue, Floor 10
Seattle, Washington  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
ksheridan@corrcronin.com
lbrown@corrcronin.com


SPENCER FANE, LLP

Jeremy A. Moseley (*admitted pro hac vice*)
170 Lincoln St, Suite 2000
Denver, CO 80203
(303) 839-3741 Phone
jmoseley@spencerfane.com

Robert M. Warzel, WSBA No. 56360
2415 E Camelback Rd. Ste. 600
Phoenix, AZ 85016-9298
(602) 333-5469 Phone
rwarzel@spencerfane.com

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE – Page 2
(Case No. 2:22-cv-01454-RSM)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Attorneys for Plaintiff Evanston Insurance Company*

THE CHARTWELL LAW OFFICES, LLP

By: s/ *Robert A. Meyers*
Robert A. Meyers, WSBA No. 24846
Email: rmeyers@chartwelllaw.com
*Maintains Office in Washington*
*Administrative Address for Servic*e:
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Direct:         (206) 430-1008
Facsimile:    (503) 961-7864

*Attorneys for Defendant American Fire and Casualty Company*

GILBERT LEVY BENNETT

By: s/ *Bruce R. Gilbert*
Bruce R. Gilbert, WSB No. 25396
Email: bruce@thglb.com
*5400 Meadows Road, Suite 150*
Lake Oswego, Oregon 97035
Main:          (971) 312-0660
Facsimile:    (971) 312-0235

*Attorneys for Defendants NW Classic Builders, LLC and AMTRUST International Underwriters Limited*

JENSEN MORSE BAKER, PLLC

By: s/ *Gabe Baker*
Gabe Baker, WSB No. 28473
Email: gabe.baker@jmblawyers.com
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
Direct: (206) 682-1846

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh*

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE – Page 3
(Case No. 2:22-cv-01454-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900