1

2

3

4

5

6

7

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

EVANSTON INSURANCE COMPANY, an
Illinois corporation,

                                    Plaintiff,

        v.

NW CLASSIC BUILDERS LLC, a Washington
limited liability company; ARH & ASSOCIATES
INC., a Washington corporation; AMTRUST
INTERNATIONAL UNDERWRITERS
LIMITED, a foreign company; AMERICAN
FIRE AND CASUALTY COMPANY, a foreign
company; and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, a
foreign company,

                                    Defendants.

No. 2:22-cv-01454-RSM

Consolidated with

No. 2:22-cv-01460-RSM

**STIPULATION AND ORDER
REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR
SUMMARY JUDGMENT**

18

19

20

21

22

23

24

NW CLASSIC BUILDERS, LLC, a
Washington limited liability company,

                                    Plaintiff,

v.

EVANSTON INSURANCE COMPANY, an
Illinois insurance company; and NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania insurance
Company,

                                    Defendants.

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
– 1
No. 2:22-cv-01454-RSM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## I.    STIPULATION

COME NOW Evanston Insurance Company, NW Classic Builders LLC ("NW Classic"), ARH & Associates Inc., Amtrust International Underwriters Limited, American Fire and Casualty Company, and National Union First Insurance Company of Pittsburgh (collectively, the "Parties") and respectfully submit this Stipulation and [Proposed] Order re: Briefing Schedule on Motions for Summary Judgment pursuant to Local Civil Rules 7(k) and 7(l).

NW Classic filed a Motion for Partial Summary Judgment on December 16, 2022. Dkt. No. 11 in consolidated case 2:22-CV-01460-RSM (the "Motion"). Other Parties have stated their intent to file their own early dispositive motions relating to the subject matter of the Motion once the lawsuits were consolidated and the pleadings closed. Dkt. No. 14 at pp. 4:8-9, 6:14, 7:5-9, 8:12. In lieu of filing sequential early dispositive motions that address overlapping facts and issues, as Local Civil Rule 7(k) encourages (1) NW Classic has since re-noted the hearing on the Motion and (2) the Parties have worked collaboratively to agree on a briefing schedule on NW Classic's Motion and the other Parties' related early dispositive motions. Dkt. No. 15 in consolidated case 2:22-CV-01460-RSM; *see also* Dkt. No. 22. The Parties have reached agreement upon the following schedule for those early dispositive motions:

- NW Classic's Motion will be re-noted for consideration on August 11, 2023;

- Any other Parties intending to file such early dispositive motions shall file their moving papers no later than June 15, 2023;

- Responses to NW Classic's Motion and any other such early dispositive motions shall be filed no later than July 17, 2023;

- Any replies in support of NW Classic's Motion and any other such early dispositive motions shall be filed no later than August 11, 2023.

1

2         Accordingly, the Parties respectfully request that the Court enter the following proposed

3    order memorializing the terms of the Parties' stipulation, without prejudice to any party's right

4    to file other dispositive motions to the extent otherwise authorized by the Order Setting Trial

5    Date and Related Dates and the Local Civil Rules. Dkt. No. 18.

         SO STIPULATED this 10th day of May, 2023.

6

7

8                                          CORR CRONIN LLP

9
                                           s/ Kelly A. Sheridan
10                                         Kelly H. Sheridan, WSBA No. 44746
                                           Laurel A.S. Brown, WSBA No. 59015
11                                         1015 Second Avenue, Floor 10
                                           Seattle, Washington  98104
12                                         (206) 625-8600 Phone
                                           (206) 625-0900 Fax
13                                         ksheridan@corrcronin.com
                                           lbrown@corrcronin.com
14

15                                         SPENCER FANE, LLP

16                                         Jeremy A. Moseley (admitted pro hac vice)
                                           170 Lincoln St, Suite 2000
17                                         Denver, CO 80203
                                           (303) 839-3741 Phone
18                                         jmoseley@spencerfane.com

19                                         Robert M. Warzel, WSBA No. 56360
                                           2415 E Camelback Rd. Ste. 600
20                                         Phoenix, AZ 85016-9298
                                           (602) 333-5469 Phone
21                                         rwarzel@spencerfane.com

22
                                           Attorneys for Evanston Insurance Company
23
                                           THE CHARTWELL LAW OFFICES, LLP
24
                                           By:  s/ Robert A. Meyers
                                           Robert A. Meyers, WSBA No. 24846

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
– 3
No. 2:22-cv-01454-RSM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Email: rmeyers@chartwelllaw.com
*Maintains Office in Washington*
*Administrative Address for Servic*e:
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Direct:            (206) 430-1008
Facsimile:      (503) 961-7864

*Attorneys for American Fire and Casualty*
*Company*

GILBERT LEVY BENNETT

By:  s/ *Bruce R. Gilbert* _____
Bruce R. Gilbert, WSBA No. 25396
Email: bruce@thglb.com
7455 SW Bridgeport Road, Suite 235
Tigard, OR 97224
Main:            (971) 312-0660
Facsimile:      (971) 312-0235

*Attorneys for NW Classic Builders, LLC and*
*AMTRUST International Underwriters Limited*

JENSEN MORSE BAKER, PLLC

By:  s/ *Gabe Baker* _____
Gabe Baker, WSBA No. 28473
Benjamin J. Roesch, WSBA No. 39960
Email: gabe.baker@jmblawyers.com
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
Direct: (206) 682-1846

*Attorneys for National Union Fire Insurance*
*Company of Pittsburgh*

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
– 4
No. 2:22-cv-01454-RSM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## II.    <u>ORDER</u>

This matter having come before the Court based upon the foregoing stipulation of the Parties, and the Court finding good cause to adjust the briefing schedule on NW Classic's Motion for Partial Summary Judgment, Dkt. No. 11 in consolidated case 2:22-CV-01460-RSM (the "Motion"), and set a briefing schedule for any other forthcoming early dispositive motions relating to the subject matter of the Motion, it is hereby ORDERED as follows:

- NW Classic's Motion will be re-noted for consideration on August 11, 2023;

- Any other Parties intending to file such early dispositive motions shall file their moving papers no later than June 15, 2023;

- Responses to NW Classic's Motion and any other such early dispositive motions shall be filed no later than July 17, 2023;

- Any replies in support of NW Classic's Motion and any other such early dispositive motions shall be filed no later than August 11, 2023.

This Order is without prejudice to any party's right to file other dispositive motions to the extent otherwise authorized by the Order Setting Trial Date and Related Dates and the Local Civil Rules.

DATED this 15th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1

Presented by:

2

CORR CRONIN LLP

3

4

*s/ Kelly H. Sheridan*
Kelly H. Sheridan, WSBA No. 44746
Laurel A.S. Brown, WSBA No. 59015
1015 Second Avenue, Floor 10
Seattle, Washington  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
ksheridan@corrcronin.com
lbrown@corrcronin.com

5

6

7

8

9

SPENCER FANE, LLP

10

Jeremy A. Moseley (*admitted pro hac vice*)
170 Lincoln St, Suite 2000
Denver, CO 80203
(303) 839-3741 Phone
jmoseley@spencerfane.com

11

12

13

Robert M. Warzel, WSBA No. 56360
2415 E Camelback Rd. Ste. 600
Phoenix, AZ 85016-9298
(602) 333-5469 Phone
rwarzel@spencerfane.com

14

15

16

17

*Attorneys for Evanston Insurance Company*

18

THE CHARTWELL LAW OFFICES, LLP

19

By:  *s/ Robert A. Meyers*
Robert A. Meyers, WSBA No. 24846
Email: rmeyers@chartwelllaw.com
*Maintains Office in Washington*
*Administrative Address for Servic*e:
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Direct:          (206) 430-1008
Facsimile:     (503) 961-7864

20

21

22

23

24

*Attorneys for American*

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
– 6
No. 2:22-cv-01454-RSM

1

*Fire and Casualty Company*

2

GILBERT LEVY BENNETT

3

By: _s/ Bruce R. Gilbert_____

4

Bruce R. Gilbert, WSBA No. 25396
Email: bruce@thglb.com

5

7455 SW Bridgeport Road, Suite 235
Tigard OR 97224

6

Main:          (971) 312-0660

7

Facsimile:     (971) 312-0235

8

*Attorneys for NW Classic Builders, LLC and
AMTRUST International Underwriters Limited*

9

10

JENSEN MORSE BAKER, PLLC

11

By: _s/ Gabe Baker_____
Gabe Baker, WSBA No. 28473

12

Benjamin J. Roesch, WSBA No. 39960
Email: gabe.baker@jmblawyers.com

13

1809 Seventh Avenue, Suite 410
Seattle, WA 98101

14

Direct: (206) 682-1846

15

*Attorneys for National Union Fire
Insurance Company of Pittsburgh*

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
– 7
No. 2:22-cv-01454-RSM