UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>NW CLASSIC BUILDERS, LLC, a Washington limited liability company; ARH & ASSOCIATES, INC., a Washington corporation; AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, a foreign company; AMERICAN FIRE AND CASUALTY COMPANY, a foreign company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a foreign company,<br><br>Defendants. | Case No. C22-1454RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY BRIEFS AND TO RE-NOTE MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant American Fire and Casualty Company ("AFCC")'s unopposed Motion requesting that the Court extend the deadline for all replies in support of early summary judgment motions because of an unexpected family emergency with AFCC's counsel. The Court finds good cause to grant this relief.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that AFCC's Motion, Dkt. #59, is GRANTED. The deadline for reply briefs due August 11, 2023, is extended to August 21, 2023. The pending Motions for

ORDER - 1

Summary Judgment, Dkts. #38, #40, and #45 in this case and Dkt. #11 in Case No. 22-cv-01460RSM, are re-noted for consideration on August 21, 2023.

DATED this 11th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2