THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>NW CLASSIC BUILDERS LLC, a Washington limited liability company; ARH & ASSOCIATES INC., a Washington corporation; AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, a foreign company; AMERICAN FIRE AND CASUALTY COMPANY, a foreign company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a foreign company,<br><br>Defendants. | No. 2:22-cv-01454-RSM<br><br>**Consolidated with**<br><br>No. 2:22-cv-01460-RSM<br><br>**ORDER ON STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

This matter comes before the Court on the parties' Stipulated Motion to Extend Expert Disclosure and Discovery Deadlines (the "Motion"). The Court finds good cause to grant this relief.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the Motion, Dkt. #66 is GRANTED. The deadlines shall be as follows:

ORDER - 1

| | |
|---|---|
| **JURY TRIAL DATE** | **May 28, 2024** |
| Length of Trial | 6 days |
| Disclosure of expert testimony | February 28, 2024 |
| Deadline for filing motions relating to discovery | April 2, 2024 |
| Discovery completed by | April 26, 2024 |
| Mediation per LCR 39.1(c)(3) | April 26, 2024 |
| Motions in Limine | May 3, 2024 |
| Agreed pretrial order | May 16, 2024 |
| Trial briefs and exhibits | May 23, 2024 |

DATED this 4th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2

**Error! Unknown document property name.**