# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>NW CLASSIC BUILDERS, LLC, a Washington limited liability company; ARH & ASSOCIATES, INC., a Washington corporation; AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, a foreign company; AMERICAN FIRE AND CASUALTY COMPANY, a foreign company; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, a foreign company,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C22-1454 RSM |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1) Plaintiff Evanston's Motion for Summary Judgment, Dkt. #38, is GRANTED. Defendant AFCC's claims for declaratory judgment, breach of contract, and equitable subrogation or contribution are dismissed with prejudice. Defendant NW Classic's claims for declaratory judgment, breach of contract, breach of the duty of good faith, violations of the Insurance Fair Conduct Act, and violations of the Consumer Protection Act, as well as NW Classic Builders, LLC's counterclaims, are dismissed with prejudice.

2) Defendant National Union's Motion for Summary Judgment, Dkt. #45, is GRANTED.

3) Defendant AFCC's Motion, Dkt. # 40, is DENIED.

DATED this 4th day of March, 2024.

RAVI SUBRAMANIAN
Clerk

s/SERGE BODNARCHUK
Deputy Clerk
